Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

Order Filed on April 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Michael Jenio<br>Alexis Perez Jenio<br><br>Debtor(s). | Chapter:    13<br><br>Case No.:    15-24961<br><br>Hearing Date:<br><br>Judge:  Hon. John K. Sherwood, USBJ |

### ORDER AUTHORIZING POST-PETITION VEHICLE FINANCING

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

DATED: April 17, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

In Re: Jenio
Case No.: 15-24961

ORDER AUTHORIZING POST-PETITION VEHICLE FINANCING

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Approve Post-Petition Vehicle Financing pursuant to 11 U.S.C. §364, Justin M. Gillman, Esq., appearing on behalf of the Debtors; and the Court having reviewed this file and the pleadings contained therein and being of the opinion that there is Good Cause for the entry of this Order between the parties,

IT IS ORDERED THAT the Debtors may enter into the vehicle financing to purchase the 2016 Kia Rio.