**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
VW Credit Leasing, Ltd

---

In Re:
      Jenio, Alexis Perez
      Jenio, Michael L.

**Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:      <u>15-24961 JKS</u>

Chapter: <u>13</u>

Hearing Date: <u> August 24, 2017</u>

Judge:  John K. Sherwood

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 25, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of VW Credit Leasing, Ltd, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐      Real Property More Fully Described as:


■      Personal Property More Fully Describes as:

**2014 VW JETTA , VIN: 3VWD17AJ3EM440293,**


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.


The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 15-24961-JKS
Michael L Jenio                                                               Chapter 13
Alexis Perez Jenio
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin          Page 1 of 1           Date Rcvd: Aug 25, 2017
                               Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db/jdb          +Michael L Jenio,   Alexis Perez Jenio,   13 Municipal Plaza  Box 2582,
                 Bloomfield, NJ 07003-7272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor   VW Credit, Inc. as servicer for VW Credit Leasing,
         Ltd. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
         Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
        Justin M Gillman   on behalf of Debtor Michael L Jenio abgillman@optonline.net,
         r47252@notify.bestcase.com
        Justin M Gillman   on behalf of Joint Debtor Alexis Perez Jenio abgillman@optonline.net,
         r47252@notify.bestcase.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                             TOTAL: 6