REQUESTOR'S NAME: Wells Fargo Bank, N.A.

CORRESPONDENCE ADDRESS: Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-8650

TELEPHONE NO.: 888-715-4315

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br>ALEXIS P JENIO<br>MICHAEL L JENIO | Case No.: 15-24961<br><br>Chapter: 13<br><br>PAYMENT REMITTANCE CHANGE OF ADDRESS NOTICE |
|---|---|

Court's Claim Number: 14

Proof of Claim Amount: $2,755.00

NEW ADDRESS: Wells Fargo Payment Remittance Center
PO Box 51174
Los Angeles, CA 90051

Dated: 12/22/2017

/s/ Veronica Pacheco
Signature

V/P :Loan Administration Manager
Title