JUSTIN M. GILLMAN, ESQ.
770 AMBOY AVENUE
EDISON, NJ  08837

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
**Chapter 13 Case # 15-24961**

| Re: | MICHAEL L JENIO | Atty: | JUSTIN M. GILLMAN, ESQ. |
|---|---|---|---|
| | ALEXIS PEREZ JENIO | | 770 AMBOY AVENUE |
| | 13 MUNICIPAL PLAZA | | EDISON, NJ  08837 |
| | BOX 2582 | | |
| | BLOOMFIELD,  NJ  07003 | | |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $34,500.00**

## RECEIPTS AS OF 12/31/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/23/2015 | $575.00 | 2429478000 - | 10/02/2015 | $575.00 | 2452730000 - |
| 11/03/2015 | $575.00 | 2531920000 - | 12/02/2015 | $575.00 | 2598426000 - |
| 01/04/2016 | $575.00 | 2671036000 - | 02/02/2016 | $575.00 | 2749376000 - |
| 03/02/2016 | $575.00 | 2822643000 - | 04/04/2016 | $575.00 | 2906979000 - |
| 05/02/2016 | $575.00 | 2979745000 - | 06/02/2016 | $575.00 | 3057127000 - |
| 07/05/2016 | $575.00 | 3138076000 - | 08/01/2016 | $575.00 | 3206746000 - |
| 09/02/2016 | $575.00 | 3289701000 - | 10/03/2016 | $575.00 | 3369936000 - |
| 11/01/2016 | $575.00 | 3443485000 - | 12/02/2016 | $575.00 | 3525422000 - |
| 01/04/2017 | $575.00 | 3604346000 - | 02/02/2017 | $575.00 | 3680402000 - |
| 03/03/2017 | $575.00 | 3765484000 - | 04/03/2017 | $575.00 | 3848162000 - |
| 05/02/2017 | $575.00 | 3928788000 - | 06/02/2017 | $575.00 | 4014717000 - |
| 07/05/2017 | $575.00 | 4096503000 - | 08/02/2017 | $575.00 | 4177220000 - |
| 09/05/2017 | $575.00 | 4253494000 - | 10/03/2017 | $575.00 | 4332968000 - |
| 11/02/2017 | $575.00 | 4413762000 - | 12/04/2017 | $575.00 | 4490259000 - |

**Total Receipts: $16,100.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $16,100.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | | |
| | 03/21/2016 | $305.82 | 752,066 | | 04/18/2016 | $201.90 | 754,143 |
| | 05/13/2016 | $201.91 | 756,169 | | 06/20/2016 | $201.90 | 758,051 |
| | 07/18/2016 | $201.91 | 760,153 | | 08/15/2016 | $131.40 | 762,062 |
| STATE OF NJ | | | | | | | |
| | 03/21/2016 | $432.90 | 753,481 | | 04/18/2016 | $285.80 | 755,512 |
| | 05/13/2016 | $285.81 | 757,417 | | 06/20/2016 | $285.80 | 759,463 |
| | 07/18/2016 | $285.81 | 761,415 | | 08/15/2016 | $28.56 | 763,298 |
| | 08/15/2016 | $186.00 | 763,299 | | 09/19/2016 | $81.79 | 765,322 |
| | 10/17/2016 | $81.79 | 767,196 | | 11/15/2016 | $81.45 | 769,147 |
| | 12/19/2016 | $81.45 | 771,103 | | 01/17/2017 | $81.45 | 772,927 |
| | 02/21/2017 | $81.45 | 774,903 | | 03/13/2017 | $81.45 | 776,681 |
| | 04/14/2017 | $81.45 | 778,554 | | 05/15/2017 | $81.45 | 780,458 |
| | 06/19/2017 | $81.45 | 782,477 | | 08/14/2017 | $57.53 | 786,176 |

**Chapter 13 Case # 15-24961**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/25/2017 | $81.45 | 788,133 | | 10/16/2017 | $84.82 | 789,819 |
| | 11/20/2017 | $81.45 | 791,663 | | 12/18/2017 | $81.45 | 793,545 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 08/15/2016 | $161.19 | 8,000,156 | | 09/19/2016 | $461.59 | 8,000,171 |
| | 10/17/2016 | $461.59 | 8,000,186 | | 11/15/2016 | $459.63 | 8,000,202 |
| | 12/19/2016 | $459.63 | 8,000,218 | | 01/17/2017 | $459.63 | 8,000,234 |
| | 02/21/2017 | $459.63 | 8,000,250 | | 03/13/2017 | $459.63 | 8,000,266 |
| | 04/14/2017 | $459.63 | 8,000,282 | | 05/15/2017 | $459.63 | 8,000,298 |
| | 06/19/2017 | $459.63 | 8,000,314 | | 08/14/2017 | $324.63 | 8,000,346 |
| | 09/25/2017 | $459.63 | 8,000,362 | | 10/16/2017 | $478.68 | 8,000,378 |
| | 11/20/2017 | $459.63 | 8,000,394 | | 12/18/2017 | $459.63 | 8,000,410 |
| VW CREDIT LEASING LTD | | | | | | | |
| | 03/21/2016 | $84.33 | 751,942 | | 04/18/2016 | $55.67 | 754,021 |
| | 05/13/2016 | $55.68 | 756,050 | | 06/20/2016 | $55.67 | 757,898 |
| | 07/18/2016 | $55.68 | 760,003 | | 08/15/2016 | $36.23 | 761,899 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 921.57 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,147.00 | 100.00% | 3,147.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ACS/BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AKRON BILLING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 1,244.84 | 100.00% | 1,244.84 | |
| 0007 | AMERICAN HONDA FINANCE | UNSECURED | 4,372.23 | * | 0.00 | |
| 0008 | AMERICAN MEDICAL COLLECTION AGEI | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | AMEX DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CERASTES LLC | UNSECURED | 2,199.94 | * | 0.00 | |
| 0014 | ATLANTIC CREDIT FINANCE SPECIAL FIN | UNSECURED | 3,016.89 | * | 0.00 | |
| 0015 | BANK OF AMERICA NA | UNSECURED | 20,115.36 | * | 0.00 | |
| 0016 | CAP1/BSTBY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CAP1/LEVTZ | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CAP1/NEIMN | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CAP1/SEAMN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | CAPITAL ONE BANK | UNSECURED | 5,674.46 | * | 0.00 | |
| 0021 | CAPITAL ONE BANK | UNSECURED | 6,263.89 | * | 0.00 | |
| 0022 | CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | CENTRAL JERSEY BEHAVIORAL HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | CHASE-PIER1 | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | COMENITY BANK/NEW YORK & COMPAN | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | COMNWLTH FIN | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CRANFORD DIAGNOSTIC IMAGING PA | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | DISCOVER BANK | UNSECURED | 20,858.54 | * | 0.00 | |
| 0032 | DISCOVER PERSONAL LOAN | UNSECURED | 16,820.72 | * | 0.00 | |
| 0033 | DISCOVER BANK | UNSECURED | 25,185.16 | * | 0.00 | |
| 0037 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | FIA CSNA | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | GECRB/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | GECRB/BANANA REPUBLIC | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | GREAT LAKES | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | UNITED STATES TREASURY/IRS | PRIORITY | 13,265.23 | 100.00% | 6,943.61 | |
| 0050 | JPM CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | CAPITAL ONE NA | UNSECURED | 1,716.33 | * | 0.00 | |

**Chapter 13 Case # 15-24961**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0052 | LENSCRAFTERS/GECRB | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MORRISTOWN PATHOLOGY ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NJ EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | ODPT/CBSD | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | PEOPLES BK CREDIT CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | PORT AUTHORITY OF NY & NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | PROSPER MARKETPLACE IN | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | SLM FINANCIAL CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | SPRINGLEAF FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | STATE OF NJ STUDENT AS | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | STATE OF NJ | PRIORITY | 2,350.64 | 100.00% | 1,230.44 | |
| 0080 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | TD BANK USA NA | UNSECURED | 3,611.22 | * | 0.00 | |
| 0084 | TD BANK N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | TD BANK N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | TD RCS/SHAKE A PAW | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | THE BANK OF NEW YORK | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | TOYOTA MOTOR CREDIT CORP | UNSECURED | 842.92 | * | 0.00 | |
| 0095 | UNVL/CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0096 | ECMC | UNSECURED | 2,782.73 | * | 0.00 | |
| 0098 | VISA DEPT. STORES | UNSECURED | 0.00 | * | 0.00 | |
| 0100 | VOLKSWAGON CREDIT INC | UNSECURED | 0.00 | * | 0.00 | |
| 0101 | WELLS FARGO | UNSECURED | 0.00 | * | 0.00 | |
| 0103 | WELLS FARGO PAYMENT REMITTANCE C | UNSECURED | 2,755.00 | * | 0.00 | |
| 0104 | WESTFIELD IMAGING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0106 | WF HEALTH AD | UNSECURED | 0.00 | * | 0.00 | |
| 0107 | WELLS FARGO FINANCIAL NATIONAL BA | UNSECURED | 1,516.90 | * | 0.00 | |
| 0112 | UNITED STATES TREASURY/IRS | UNSECURED | 3,254.78 | * | 0.00 | |
| 0113 | CAPITAL ONE BANK | UNSECURED | 11,878.67 | * | 0.00 | |
| 0115 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0116 | AMERICAN EXPRESS BANK | UNSECURED | 9,274.77 | * | 0.00 | |
| 0117 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0118 | BK OF AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0119 | BK OF AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0120 | BK OF AMER | UNSECURED | 0.00 | * | 0.00 | |
| 0121 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0122 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0123 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0124 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0125 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0126 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0127 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0128 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0129 | CHASE-PIER1 | UNSECURED | 0.00 | * | 0.00 | |
| 0130 | COMENITY BANK/NEW YORK & COMPAN | UNSECURED | 0.00 | * | 0.00 | |
| 0131 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0133 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0134 | DISCOVER PERSONAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0135 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0136 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 2,264.07 | * | 0.00 | |

**Chapter 13 Case # 15-24961**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0137 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0138 | EMER PHY ASSOC NORTH JERSEY PC | UNSECURED | 0.00 | * | 0.00 | |
| 0139 | NATIONWIDE CREDIT, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0140 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0141 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0142 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0143 | NJ EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0144 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0145 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0146 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0147 | QUEST DIAGNOSTIC, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0148 | QUEST DIAGNOSTIC, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0149 | QUEST DIAGNOSTIC, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0150 | QUEST DIAGNOSTIC, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0151 | SLM FINANCIAL CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0152 | STATE OF NJ STUDENT AS | UNSECURED | 0.00 | * | 0.00 | |
| 0153 | STATE OF NJ STUDENT AS | UNSECURED | 0.00 | * | 0.00 | |
| 0154 | SUMMIT ANESTHESIA ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0155 | TOYOTA MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0156 | TOYOTA MOTOR CREDIT CO | UNSECURED | 0.00 | * | 0.00 | |
| 0157 | WESTFIELD IMAGING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0158 | NJCLASS | UNSECURED | 33,753.23 | * | 0.00 | |
| 0159 | NJCLASS | UNSECURED | 13,394.92 | * | 0.00 | |
| 0160 | STATE OF NJ | SECURED | 1,762.12 | 100.00% | 1,762.12 | |
| 0161 | VW CREDIT LEASING LTD | VEHICLE SECURE | 343.26 | 100.00% | 343.26 | |

**Total Paid:  $15,592.84**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $16,100.00      -      Paid to Claims: $11,524.27      -      Admin Costs Paid: $4,068.57   =   Funds on Hand: $1,082.16

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.