Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–24961–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael L Jenio
16 Riverside Drive
Apt 3F
Cranford, NJ 07016

Alexis Perez Jenio
16 Riverside Drive
Apt 3F
Cranford, NJ 07016

Social Security No.:
  xxx–xx–6500                                    xxx–xx–4325

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 24, 2020                John K. Sherwood
                                       Judge, United States Bankruptcy Court