**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael L Jenio | Social Security number or ITIN  xxx–xx–6500 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Alexis Perez Jenio | Social Security number or ITIN  xxx–xx–4325 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–24961–JKS

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael L Jenio                                              Alexis Perez Jenio

11/24/20                                                     **By the court:** John K. Sherwood
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-24961-JKS
Michael L Jenio  Chapter 13
Alexis Perez Jenio
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 7
Date Rcvd: Nov 24, 2020     Form ID: 3180W     Total Noticed: 127

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael L Jenio, Alexis Perez Jenio, 16 Riverside Drive, Apt 3F, Cranford, NJ 07016-2235 |
| cr | + | American Honda Finance Corporation d/b/a Honda Fin, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | Atlantic Credit & Finance Special Finance Unit LLC, Attn: Scott Fink, Esq., 965 Keynote Circle, Brooklyn Heights, Oh 44131-1829 |
| 515669782 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 515669775 | + | Acs/bank Of America, 501 Bleecker St, Utica, NY 13501-2401 |
| 515669776 | + | Akron Billing Center, 2620 Ridgewood Road, STE 300, Akron, OH 44313-3507 |
| 515669785 | + | Amex Dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 515912850 | + | Atlantic Credit & Finance Special Finance, Unit, LLC Successor in interest to, CITIBANK, N.A., c/o Weltman, Weinberg & Reis Co., LPA, 323 W. Lakeside Avenue Cleveland, OH 44113-1085 |
| 515895060 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515669792 | + | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 515669800 | + | Cap1/seamn, 90 Christiana Road, New Castle, DE 19720-3118 |
| 515669808 | + | Central Jersey Behavioral Health, LLC, 216 North Ave. East, Cranford, NJ 07016-2473 |
| 515669823 | + | Comnwlth Fin, 245 Main St, Dickson City, PA 18519-1641 |
| 515669824 | + | Cranford Diagnostic Imaging PA, PO Box 3254, Indianapolis, IN 46206-3254 |
| 515669833 | + | Emer Phy Assoc North Jersey PC, PO Box 740021, Cincinnati, OH 45274-0021 |
| 515669834 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 515669835 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 515669842 | | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 515669844 | + | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 515669843 | + | Higher Edicatuion Student Assistance Aut, PO Box 548, Trenton, NJ 08625-0548 |
| 515669848 | + | Lenscrafters/GECRB, Attn: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 515669850 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Associates, 65 Madison, Suite 220, Morristown, NJ 07960 |
| 515669856 | + | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650-4973 |
| 515733073 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 515669855 | + | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 515669857 | + | Norina Melita, Esq., Solomon & Solomon, PC, 5 Columbia circle, Albany, NY 12203-5180 |
| 515669858 | + | Odpt/cbsd, Attn: Centralized Bankruptcy, P.O. Box 20507, Kansas City, MO 64195-0507 |
| 515669859 | + | Odpt/cbsd, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 515669860 | + | Overlook Medical Center, 475 South Street, 2nd Floor Morristown, Morristown, NJ 07960-6459 |
| 515669866 | + | Port Authority of NY & NJ, PO Box 15186, Albany, NY 12212-5186 |
| 515669868 | + | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 515669869 | + | Rickart Collection Systems, Inc., 575 Miltown Road, North Brunswick, NJ 08902-3336 |
| 515742134 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 515669871 | + | Selip & Stylianou, LLP, 10 Forest Avenue - Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 515669880 | + | State Of Nj Student As, Po Box 538, Trenton, NJ 08625-0538 |
| 515669879 | + | State of New Jeresy Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 515669883 | + | Summit Anesthesia Associates, Lockbox 6872 PO Box 8500, Philadelphia, PA 19178-0001 |
| 515669884 | + | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 515669891 | + | Td Rcs/shake A Paw, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 127 |

| | | |
|---|---|---|
| 515669893 | + | The Bank Of New York, 500 Mamaroneck Ave, Harrison, NY 10528-1633 |
| 515669892 | + | The Bank Of New York, Attn: Legal Department, 1 Wall St. 11th Floor, New York, NY 10286-0001 |
| 515669900 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 515669904 | + | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 515748292 | + | VW Credit Leasing Ltd., PO Box 9013, Addison, Texas 75001-9013 |
| 515669910 | | Wells Fargo, 1 Home Campus X2303-01a, Des Moines, IA 50326 |
| 515669911 | | Wells Fargo, Auto Finance Group Leasing, Phoenix, AZ 85038 |
| 515669914 | + | Westfield Imaging Center, PO Box 460, Summit, NJ 07902-0460 |
| 515669913 | + | Westfield Imaging Center, PO Box 1259, Oaks, PA 19456-1259 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515669781 | EDI: HNDA.COM | Nov 25 2020 01:53:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 515712470 | EDI: HNDA.COM | Nov 25 2020 01:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 515669773 | Email/Text: mreed@affcollections.com | Nov 24 2020 21:21:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 515669777 | + EDI: BECKLEE.COM | Nov 25 2020 01:53:00 | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 515669779 | + EDI: AMEREXPR.COM | Nov 25 2020 01:53:00 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 515850259 | EDI: BECKLEE.COM | Nov 25 2020 01:53:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515669784 | + EDI: RMCB.COM | Nov 25 2020 01:53:00 | American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 515669786 | EDI: BANKAMER.COM | Nov 25 2020 01:53:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 515669793 | EDI: BANKAMER.COM | Nov 25 2020 01:53:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515669836 | EDI: BANKAMER.COM | Nov 25 2020 01:53:00 | Fia Csna, Po Box 982235, El Paso, TX 79998 |
| 515669788 | EDI: BANKAMER.COM | Nov 25 2020 01:53:00 | Bank Of America, De5-019-03-07, Newark, DE 19714 |
| 515669790 | + EDI: TSYS2.COM | Nov 25 2020 01:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 515669791 | + EDI: TSYS2.COM | Nov 25 2020 01:53:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 515806944 | + Email/Text: bncmail@w-legal.com | Nov 24 2020 21:21:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515669902 | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Unvl/citi, Attn.: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 515669865 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 24 2020 21:19:00 | Peoples Bk Credit Card Services, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 515669864 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 15-24961-JKS    Doc 67    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc Imaged
                      Certificate of Notice    Page 5 of 9

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 127 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 24 2020 21:19:00 | Peoples Bk Credit Card Services, Attn: Bankruptcy, Po Box 7092, Bridgeport, CT 06601 |
| 515669797 | + | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Cap1/bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 515669798 | + | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Cap1/levtz, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 515669799 | + | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Cap1/neimn, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 515669801 | + | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515669804 | + | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 515715994 | | EDI: CAPITALONE.COM | Nov 25 2020 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515785061 | | EDI: BL-BECKET.COM | Nov 25 2020 01:53:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515669807 | + | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 515669819 | + | EDI: WFNNB.COM | Nov 25 2020 01:53:00 | Comenity Bank/New York & Company, Attention: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 515669821 | + | EDI: WFNNB.COM | Nov 25 2020 01:53:00 | Comenity Bank/New York & Company, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 515669906 | | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Visa Dept. Stores, 9111 Duke Blvd, Mason, OH 45040 |
| 515669831 | | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Dsnb Bloomingdales, 9111 Duke Blvd, Mason, OH 45040 |
| 515669832 | | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 515898618 | + | EDI: Q3G.COM | Nov 25 2020 01:53:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515683220 | | EDI: DISCOVER.COM | Nov 25 2020 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515669825 | + | EDI: DISCOVER.COM | Nov 25 2020 01:53:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515669828 | + | EDI: DISCOVERPL | Nov 25 2020 01:53:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 515669829 | + | EDI: DISCOVERPL | Nov 25 2020 01:53:00 | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 515816369 | | EDI: ECMC.COM | Nov 25 2020 01:53:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 515669837 | + | Email/Text: fggbanko@fgny.com | Nov 24 2020 21:20:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 515669839 | + | EDI: RMSC.COM | Nov 25 2020 01:53:00 | GECRB/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 515669838 | + | EDI: RMSC.COM | Nov 25 2020 01:53:00 | GECRB/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 515669841 | + | EDI: RMSC.COM | Nov 25 2020 01:53:00 | GECRB/Banana Republic, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 515669840 | + | EDI: RMSC.COM | Nov 25 2020 01:53:00 | GECRB/Banana Republic, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 515669845 | | EDI: IRS.COM | Nov 25 2020 01:53:00 | Internal Revenue Service (IRS), Department of |

| | | | |
|---|---|---|---|
| Case 15-24961-JKS | Doc 67 | Filed 11/26/20 | Entered 11/27/20 00:17:00 Desc Imaged |
| | Certificate of Notice | Page 6 of 9 | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 7 |
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 127 |

| Recipient | Notice Type | Date/Time | Address |
|---|---|---|---|
| | | | Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515669809 | EDI: JPMORGANCHASE | Nov 25 2020 01:53:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515669815 | EDI: JPMORGANCHASE | Nov 25 2020 01:53:00 | Chase-pier1, Chase Card Svcs/Attn:Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 515669817 | EDI: JPMORGANCHASE | Nov 25 2020 01:53:00 | Chase-pier1, Po Box 15298, Wilmington, DE 19850 |
| 515669846 | EDI: JPMORGANCHASE | Nov 25 2020 01:53:00 | Jpm Chase, Po Box 24696, Columbus, OH 43224 |
| 515669847 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 21:19:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515669849 | + EDI: RMSC.COM | Nov 25 2020 01:53:00 | Lenscrafters/GECRB, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 515669852 | + EDI: NAVIENTFKASMSERV.COM | Nov 25 2020 01:53:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 515669867 | + Email/Text: bankruptcy@prosper.com | Nov 24 2020 21:21:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 515669870 | + EDI: RMCB.COM | Nov 25 2020 01:53:00 | RMCB, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 515669878 | EDI: AGFINANCE.COM | Nov 25 2020 01:53:00 | Springleaf Financial Services, 600 N Royal Ave, Evansville, IN 47715 |
| 515669877 | EDI: AGFINANCE.COM | Nov 25 2020 01:53:00 | Springleaf Financial Services, Attention: Bankruptcy Department, Po Box 3251, Evansville, IN 47731 |
| 515669872 | + Email/Text: clientservices@simonsagency.com | Nov 24 2020 21:21:00 | Simon's Agency, Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 515669873 | + EDI: NAVIENTFKASMSERV.COM | Nov 25 2020 01:53:00 | Slm Financial Corp, Po Box 9500, Wilkes-barre, PA 18773-9500 |
| 515669885 | + EDI: RMSC.COM | Nov 25 2020 01:53:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 515669886 | + EDI: RMSC.COM | Nov 25 2020 01:53:00 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 515779152 | + Email/Text: bncmail@w-legal.com | Nov 24 2020 21:21:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515669889 | EDI: TDBANKNORTH.COM | Nov 25 2020 01:53:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 515669897 | EDI: TFSR.COM | Nov 25 2020 01:53:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 515669894 | EDI: TFSR.COM | Nov 25 2020 01:53:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapid, IA 52408 |
| 515669895 | EDI: TFSR.COM | Nov 25 2020 01:53:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 515669887 | + EDI: WTRRNBANK.COM | Nov 25 2020 01:53:00 | Target Credit Card (TC), C/O Financial & Retail Services, Mailstop BT P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 515669888 | + EDI: WTRRNBANK.COM | Nov 25 2020 01:53:00 | Target Credit Card (TC), Po Box 673, Minneapolis, MN 55440-0673 |
| 515669890 | + EDI: TDBANKNORTH.COM | Nov 25 2020 01:53:00 | Td Bank N.a., 1100 Lake St, Ramsey, NJ 07446-1275 |
| 515770137 | EDI: BL-TOYOTA.COM | Nov 25 2020 01:53:00 | Toyota Motor Credit Corporation, c o Becket and |

Case 15-24961-JKS    Doc 67    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 127 |

| | | | | |
|---|---|---|---|---|
| | | | | Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515669901 | + | EDI: URSI.COM | Nov 25 2020 01:53:00 | United Recovery Systems, PO Box 722929, Houston, TX 77272-2929 |
| 515669903 | + | EDI: CITICORP.COM | Nov 25 2020 01:53:00 | Unvl/citi, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 515669908 | | Email/Text: vci.bkcy@vwcredit.com | Nov 24 2020 21:21:00 | Volkswagon Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048 |
| 515669907 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 24 2020 21:21:00 | Volkswagon Credit Inc, National Bankruptcy Services, 9441 Lbj Freeway, Suite 250, Dallas, TX 75243-4640 |
| 515669912 | + | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Bank, Small Business Lending Division, PO Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 515758624 | | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 515748672 | + | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 518963848 | | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wells Fargo Financial National Bank, PO Box 660431, Dallas, TX 75266-0431 |
| 515669915 | + | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wf Health Ad, Po Box 94498, Las Vegas, NV 89193-4498 |
| 515669916 | + | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wffinancial, Attention: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 515669917 | + | EDI: WFFC.COM | Nov 25 2020 01:53:00 | Wffinancial, P.o.box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 79

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515669783 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 515669774 | * | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 515669778 | *+ | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 515669780 | *+ | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 515669787 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 515669794 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515669795 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515669796 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 515669789 | * | Bank Of America, De5-019-03-07, Newark, DE 19714 |
| 515669802 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515669803 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515669805 | *+ | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 515669806 | *+ | Capital One, Pob 30281, Salt Lake City, UT 84130-0281 |
| 515669820 | *+ | Comenity Bank/New York & Company, Attention: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 515669822 | *+ | Comenity Bank/New York & Company, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 515669905 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept. Stores, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 515669830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Bloomingdales, Macy's Bankruptcy Dept., Po Box 8053, Mason, OH 45040 |
| 515669826 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515669827 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515669810 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA |

Case 15-24961-JKS  Doc 67  Filed 11/26/20  Entered 11/27/20 00:17:00  Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: 3180W | Total Noticed: 127 |

| | | |
|---|---|---|
| | | 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515669811 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515669812 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515669813 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515669814 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 515669816 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase-pier1, Chase Card Svcs/Attn:Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 515669818 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase-pier1, Po Box 15298, Wilmington, DE 19850 |
| 515669854 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 515669853 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 515669861 | *+ | Overlook Medical Center, 475 South Street, 2nd Floor Morristown, Morristown, NJ 07960-6459 |
| 515669862 | *+ | Overlook Medical Center, 475 South Street, 2nd Floor Morristown, Morristown, NJ 07960-6459 |
| 515669863 | *+ | Overlook Medical Center, 475 South Street, 2nd Floor Morristown, Morristown, NJ 07960-6459 |
| 515669874 | *+ | Slm Financial Corp, Po Box 9500, Wilkes-barre, PA 18773-9500 |
| 515669876 | *+ | Solomon and Solomon, 5 Columbia Circle, Albany, NY 12203-5180 |
| 515669881 | *+ | State Of Nj Student As, Po Box 538, Trenton, NJ 08625-0538 |
| 515669882 | *+ | State Of Nj Student As, Po Box 538, Trenton, NJ 08625-0538 |
| 515669898 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 515669899 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 515669896 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapid, IA 52408 |
| 515669909 | *+ | Volkswagon Credit Inc, National Bankruptcy Services, 9441 Lbj Freeway, Suite 250, Dallas, TX 75243-4640 |
| 515669851 | ## | Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 515669875 | ##+ | Solomon and Solomon, 5 Columbia Circle, Albany, NY 12203-5180 |
| 515669918 | ##+ | Zwicker & Associates, 1101 Laurel Oak Road Suite 130, Voorhees, NJ 08043-4322 |

TOTAL: 0 Undeliverable, 39 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor VW Credit  Inc. as servicer for VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

| | |
|---|---|
| Justin M Gillman | on behalf of Debtor Michael L Jenio ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Alexis Perez Jenio ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

TOTAL: 6